Rodney PERKINS and Luron Taylor,
Appellants,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Anthony M. Wilhoit, David E. Murrell, Frankfort, for appellants.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

LOCAL 1870, UNITED STEEL WORKERS OF AMERICA, an Unincorporated Association, et al., Appellants,

v.

CITY OF WILDER, CAMPBELL COUNTY, Kentucky, a municipal corporation, et al., Appellees.

Court of Appeals of Kentucky.

Dec. 7, 1973.

William O. Bertelsman, Bertelsman & Bertelsman, Newport, for appellants.

Charles J. Schear, Frank V. Benton, Jr., Newport, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Alta Mae MILLAM

v.

Lawrence MILLAM.

Court of Appeals of Kentucky.

Dec. 7, 1973.

William E. Rueff, Jr., Moore & Rueff, Morgantown, for appellant.

W. Mallam Lake, Hartford, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

Jimmy MARCUM, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Dec. 7, 1973.

William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Reversing.*

* Opinion ordered not to be published.